In the Matter of the Application of the MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to Lands Required for the Purpose of Opening Walton Avenue.

PHILIP WOOLLEY, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Mayor, etc., of N. Y. (Walton Avenue)*, 156 App. Div. 775, affirmed.

(Argued October 21, 1913; decided October 31, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1913, which reversed an order of Special Term directing the commissioners of estimate and assessment to ascertain and determine the compensation, if any, to be made to appellant herein for loss and damage to his premises.

*Benjamin Trapnell* and *Raphael Tobias* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Joel J. Squier* and *James Regan Fitz Gerald* of counsel), for respondent.

Order affirmed, with costs, on the ground that the statutory provision that the claim must be filed within six years after the filing of the map is necessarily qualified by the exception that the time cannot commence to run until the claim accrues; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CUDDEBACK, HOGAN and MILLER, JJ. Not voting: COLLIN, J.